

# Fourth Court of Appeals
## San Antonio, Texas

June 23, 2014

No. 04-13-00788-CR

**THE STATE OF TEXAS,**
Appellant

v.

Cynthia **AMBROSE**,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR10002
Honorable Sid L. Harle, Judge Presiding

## O R D E R

Appellee has filed a motion to consolidate the clerk's record in appellate cause number 04-13-00576-CR with the clerk's record in this appellate cause number. The motion is GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of June, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court